IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA JEWSEVSKYJ, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC., et al.,<br><br>Defendant. | CIVIL ACTION<br>NO. 15-3041 |

## **ORDER**

**AND NOW**, this 20th day of October 2016, in accordance with the Opinion issued by the Court on this same day, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 29) is **GRANTED**, and Plaintiff's Cross-Motion for Summary Judgment (Doc. No. 31) is **DENIED**.  The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.